

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2015

No. 04-15-00502-CR

Charles Marcus **FINCH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5558
Honorable N. Keith Williams, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to January 29, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Angela J. Moore                         Steven  A. Wadsworth
Angela J. Moore, Attorney at Law            Assistant District Attorney - 216th Judicial District
Tower Life Building                         200 Earl Garrett St., Suite 202
310 S. St. Mary's Street, Suite 1830        Kerrville, TX 78028
San Antonio, TX 78230